UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL MONTAG, | ) | CASE NO.: CV 12-6032-CBM(SHx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL  [JS-6] |
| MEDICREDIT, INC. d/b/a THE | ) | |
| OUTSOURCE GROUP a/k/a | ) | |
| MEDICREDIT CORPORATION and | ) | |
| DOES 1 through 10 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel on behalf of their respective clients that pursuant to Rule 41(a)(1), this action shall be,

and it hereby is, dismissed with prejudice and without costs to either party.


/S/ Amir J. Goldstein                                  /S/ June C. Coleman
Amir J. Goldstein Esq.                            June C. Coleman, Esq.
Attorney for Plaintiff                              Attorney for Defendant
The Law Offices of Amir J. Goldstein, Esq.        Kronick, Moskovitz, Tiedeman & Girard
5455 Wilshire Blvd. Suite 1812                    400 Capitol Mall, 27th Floor
Los Angeles, California 90036                     Sacramento, CA 95814
Tel: 323.937.0400                                Tel  916.321.4500
Fax: 866.288.9194                                Fax 916.321.4555

November 14, 2013

                                    SO ORDERED:

                                    _____
                                    U.S. District Judge Consuelo B. Marshall